# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1255

_____

Donnell W. Durley,                                    *
                                                      *
                 Appellant,                           *
                                                      *    Appeal from the United States
        v.                                            *    District Court for the Eastern
                                                      *    District of Missouri.
Anheuser-Busch, Inc.,                                 *
                                                      *        **[UNPUBLISHED]**
                 Appellee.                            *

_____

Submitted: October 29, 2004
Filed: November 4, 2004

_____

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Donnell W. Durley appeals the district court's[1] denial of his reconsideration motion following dismissal of his Title VII action. Liberally construing his reconsideration motion as a Federal Rule of Civil Procedure 60(b) motion filed more than ten days after entry of final judgment, and liberally construing his appellate briefs, we conclude the district court did not abuse its discretion in denying reconsideration. See Sanders v. Clemco Indus., 862 F.2d 161, 164-65, 169 (8th Cir. 1988) (construing reconsideration motion filed more than 10 days after entry of

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

judgment under Rule 60(b); appeal from denial of Rule 60(b) motion does not raise underlying judgment for review, and review is for abuse of discretion).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____